UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LM INSURANCE CORPORATION | CIVIL ACTION No. |
| VS. | 3:22-cv-01521 |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, ACTION STEEL, LLC and THOMAS SOULE | AUGUST 25, 2025 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiff/Counterclaim Defendant, LM INSURANCE CORPORATION, and the Defendant/Counterclaim Plaintiff, Hartford Insurance Company of the Midwest, and the Defendant Action Steel, LLC, by and through their attorneys, hereby respectfully move this Court for an Order dismissing all pending claims and counterclaims and cross-claims in this cause of action, with Prejudice, as the parties have reached a resolution of the issues presented in this case. The defendant Thomas Soule did not appear in this matter.

Respectfully Submitted,

For PLAINTIFF/COUNTERCLAIM
DEFENDANT                             By: __ct 05733_____
LM INSURANCE CORPORATON

Jack G. Steigelfest
Howard, Kohn, Sprague & Fitzgerald LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-4201
jgs@hksflaw.com

1

| | |
|---|---|
| FOR DEFENDANT/COUNTERCLAIM PLAINTIFF HARTFORD INSURANCE COMPANY OF THE MIDWEST | By: __ct30171_____ <br><br> Joshua Chapps <br> Conway Stoughton LLC <br> 641 Farmington Avenue <br> Hartford, CT 06105 <br> Phone: (860) 523-8000 <br> Fax: (860) 523-8002 <br> jchapps@conwaystoughton.com |
| FOR DEFENDANT ACTION STEEL, LLC | By: __ct29903_____ <br><br> John G. Dolan <br> Milano & Wanat, LLC <br> 471 E. Main Street <br> Branford, CT 06405 <br> jkennedy@mwllc.us <br> jdolan@mwllc.us |

## CERTIFICATION OF SERVICE

I hereby certify that on August 25, 2025, the foregoing was filed electronically with the U.S. District Court for Connecticut, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

__ct 05733_____
Jack G. Steigelfest